UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARVIN CARLE,

          Petitioner,

-against-

**CIVIL JUDGMENT**
07-CV-3917 (JG)

VAN D. BUREN, Superintendent;
ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

          Respondents.

------------------------------------------------------------x

Pursuant to the order issued on _____ by the undersigned dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254, it is,

**ORDERED, ADJUDGED AND DECREED**: That the petition is hereby dismissed as time-barred. 28 U.S.C. § 2244(d)(1). As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-445 (1962).

                              s/
                              JOHN GLEESON
                              United States District Judge

Dated: Brooklyn, New York
       October 24, 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 25 2007 ★